# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bky. No. <u>21-40644</u> |
| Petros Charalampopoulos, | Chapter 7 |

| | |
|---|---|
| Corey and Jessica Pollock, | Adv. Pro. No. 21-04043 |
| Plaintiffs, | |
| vs. | |
| Petros Charalampopoulos, | |
| Defendant | |

## ORDER GRANTING CONTINUANCE

1. The petition commencing this case was filed on July 19, 2021 the Court issued its Amended Scheduling Order on August 24, 2021.

2. On October 25, 2021, Martin C. Melang, applied for a continuance.

IT IS THEREFOR ORDERED:

1. A continuance has been granted.

Dated: October 25, 2021

/e/ Kathleen H. Sanberg
Hon. Kathleen H. Sanberg

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/25/2021*
Tricia Pepin, Clerk, by HJ