UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: | Case No: 21-40644 |
| Petros Charalmpopoulos, | Chapter 7 Case |
| Debtors. | |
| Jessica Rae Pollock, | Adv. Proc. No: 21-4043 |
| Plaintiff, | |
| v. | |
| Cory Pollock, and Petros Charalampopoulos, | |
| Defendants. | |

---

## NOTICE OF TELEPHONIC STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference is scheduled for **March 31, 2022 at 10:00 a.m.** and will be held before the Honorable Kesha L. Tanabe, Courtroom 2B Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, MN 55101. Please contact the courtroom deputy for telephonic appearance instructions.

Dated: March 15, 2022

                                                    Tricia Pepin
                                                    Clerk, United States Bankruptcy Court

                                                    By: Alicia
                                                    Deputy Clerk