UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Petros Charalampopoulos,
        debtor.                                                       ch. 7 21-40644

Corey and Jessica Pollock,
        plaintiffs,

vs.

Petros Charalampopoulos,                           adv 21-04043
        defendant.

NOTICE OF SETTLEMENT

NOTICE IS GIVEN that the parties to this adversary proceeding have entered into an agreement to settle the litigation for, in general the payment of $4,000.00 over six months.

Particulars of the settlement have been filed as document number 23 in the adversary proceeding.

If no objections to the settlement are served upon the undersigned on or prior to Thursday April 28, 2022, the undersigned will ask the court to approve the same.

/ s / Sam Calvert
_____         dated: April 6, 2022
Sam V. Calvert MN ID #1431X
attorney for defendant
1011 2nd ST N STE 107
St. Cloud MN 56303
calcloud@gmail.com
320-252-4473

```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF MINNESOTA
```

In re:

Petros Charalampopoulos                    CH 7   21-40644
        debtor.

Corey and Jessica Pollock,
        plaintiffs,

vs.

Petros Charalampopoulos,                   adv. 21-04043
        defendant.


                Unsworn Declaration for Proof of Service

    I, Darlene Leyendecker, employee of Sam Calvert, attorney licensed to practice law in this Court, with office address of 1011 2nd St. North Suite 107, St. Cloud, MN 56303 on April 6, 2022 I served the following documents by depositing them in the US Mail:

- Notice of Settlement

**via CM/ECF:**

US Trustee, ustregion12.mn.ecf@usdoj.gov

Trustee:  Richard Stermer, rstermer@stermerlaw.com

**US Mail**

See attached

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: April 6, 2022                    /e/ Darlene Leyendecker

```
                                                                            (p)BANK OF AMERICA
                                                                            PO BOX 982238
                                                                            EL PASO TX 79998-2238


                                    Burns & Hansen PA
                                    8401 Wayzata Blvd Ste 300
                                    Minneapolis MN 55426-1354


Citibank, N.A.                      Citibank/The Home Depot                 Corey & Jessica Pollock
5800 S Corporate Pl                 Citicorp Credit Srvs/Centralized Bk dept 12615 Jerome Ave
Sioux Falls, SD  57108-5027         Po Box 790034                           Orofino ID 83544-9384
                                    St Louis MO 63179-0034


                                    Craig Dokken                            Elijah Charalampopoulos
                                    6900 Wedgewood Rd Ste 200               8538 291st Ave NW
                                    Osseo MN 55311-3541                     Princeton MN 55371-4336


Internal Revenue Service            (p)JEFFERSON CAPITAL SYSTEMS LLC        Kohl's
Centralized Insolvency              PO BOX 7999                             Peritus Portfolio Services II, LLC
PO Box 7346                         SAINT CLOUD MN 56302-7999               PO BOX 141509
Philadelphia PA 19101-7346                                                  IRVING, TX 75014-1509


Kohls/Capital One                   MN Dept of Revenue
Attn: Credit Administrator          Attn: Denise Jones
Po Box 3043                         PO Box 64447
Milwaukee WI 53201-3043             Saint Paul MN 55164-0447


Syncb/PPC                           US Bank/Elan
Attn: Bankruptcy                    Attn: Bankruptcy
Po Box 965060                       800 Nicollet Mall
Orlando FL 32896-5060               Minneapolis MN 55402-2511




Petros Charalampopoulos
8538 291st Ave NW
Princeton, MN 55371-4336
```