UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Petros Charalampopoulos,
      debtor.                                                            ch. 7 21-40644

Corey and Jessica Pollock,
      plaintiffs,
vs.

Petros Charalampopoulos,                                adv 21-04043
      defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022 I emailed a copy of the notice of settlement attached hereto to the following persons:

William P. Kain on behalf of Debtor 1 Petros Charalampopoulos
bill@kainhenehan.com,
Kain.WilliamR72722@notify.bestcase.com;squaintance@kainscott.com; ascharber@kainscott.com

martin@burnshansen.com, tracey@burnshansen.com

Amanda M. Scharber on behalf of Debtor 1 Petros Charalampopoulos
samantha@lifebacklaw.com,

sonja@lifebacklaw.com;amanda@lifebacklaw.com; Scharber.AmandaR72722@notify.bestcase.com

J. Richard Stermer
rstermer@stermerlaw.com, mn21@ecfcbis.com

US Trustee
ustpregion12.mn.ecf@usdoj.gov

  / s / Sam Calvert                                    April 7, 2022

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Petros Charalampopoulos,
    debtor.  ch. 7 21-40644

Corey and Jessica Pollock,
    plaintiffs,

vs.

Petros Charalampopoulos,  adv 21-04043
    defendant.

NOTICE OF SETTLEMENT

NOTICE IS GIVEN that the parties to this adversary proceeding have entered into an agreement to settle the litigation for, in general the payment of $4,000.00 over six months.

Particulars of the settlement have been filed as document number 23 in the adversary proceeding.

If no objections to the settlement are served upon the undersigned on or prior to Thursday April 28, 2022, the undersigned will ask the court to approve the same.

 / s / Sam Calvert
_____  dated: April 6, 2022
Sam V. Calvert MN ID #1431X
attorney for defendant
1011 2nd ST N STE 107
St. Cloud MN 56303
calcloud@gmail.com
320-252-4473