UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Petros Charalampopoulos,
       debtor.　　　　　　　　　　　　　　　ch. 7 21-40644

Corey and Jessica Pollock,
       plaintiffs,

vs.

Petros Charalampopoulos,　　　　　　　　　adv 21-04043
       defendant.

## NOTICE OF CORRECTION

The certificate of service filed herein as docket number 25 is incorrect when it says that the US Trustee and the case trustee were served by CM/ECF. Because the certificate of service was filed in the adversary case, not the main case, those two persons did not get notice from CM/ECF.
.

<u>/ s / Sam Calvert</u>　　　　　　　　　　　　dated: April 7, 2022
Sam V. Calvert MN ID #1431X
attorney for defendant
1011 2nd ST N STE 107
St. Cloud MN 56303
calcloud@gmail.com
320-252-4473