# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankr. No. 21-40644 KLT |
| Petros Charalampopoulos, | |
| Debtor. | Chapter 7 |

| | |
|---|---|
| Jessica Rae Pollock and<br>Cory Pollock, | |
| Plaintiffs, | Adv. No. 21-04043 |
| v. | |
| Petros Charalampopoulos, | |
| Defendant. | |

## ORDER SUSPENDING TRIAL ORDER

On March 9, 2022, the Court issued a Third Amended Order for Trial [ECF No. 17] that scheduled this matter for trial on April 21, 2022. On March 21, 2022, the parties filed a copy of their settlement agreement [ECF No. 23].

The Court convened a status conference on March 31, 2022, at which the parties agreed to file a motion pursuant to Fed. R. Bankr. P. 9019 (a "9019 Motion") in the main bankruptcy case to obtain court approval of the aforementioned settlement. [Hr'g Audio, ECF No. 24.] Subsequently, the parties filed a document captioned "Notice of Settlement" [ECF No. 25].

In light of the foregoing, the Court finds cause to suspend the trial date in this matter to allow the parties to file a 9019 Motion, or to perform fully the terms of the settlement and then file a stipulation to dismiss, as agreed on the record on March 31, 2022.

IT IS ORDERED:

1. The Third Amended Order for Trial [ECF No. 17] is suspended indefinitely pending settled resolution of this proceeding.

DATED: *April 7, 2022*

*/e/Kesha L. Tanabe*
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/07/2022*
Tricia Pepin, Clerk, by AB