UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Petros Charalampopoulos,
       debtor.                                                ch. 7 21-40644

Corey and Jessica Pollock,
       plaintiffs,

vs.

Petros Charalampopoulos,                               adv 21-04043
       defendant.

## NOTICE

TO: The Court:

The undersigned certifies that on April 6, 2022 my office sent a notice of settlement to the parties listed on the creditor's matrix in the above-entitled chapter 7.

The undersigned emailed the notice of settlement to the case trustee, Mr. Stermer, and the United States Trustee, amongst others, on the following day, April 7, 2022.

No objections to the proposed settlement have been received.

WHEREFORE, the undersigned asks the Court to approve the settlement between plaintiff and defendant filed herein as document number 23.

 / s / Sam Calvert                                     dated: April 29, 2022
Sam V. Calvert MN ID #1431X
attorney for defendant
1011 2nd ST N STE 107
St. Cloud MN 56303
calcloud@gmail.com
320-252-4473