**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Petros Charalampopoulos
Debtor(s)

Case No.: 21−40644
Chapter 7

Jessica Rae Pollock
Cory Pollock
Plaintiff

Adv. Proc. No. 21−04043

v.

Petros Charalampopoulos
Defendant

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2B, 2nd floor, 316 North Robert Street, St. Paul, MN 55101

on 5/12/22 at 01:00 PM

to consider and act upon the following:

*31* – Proposed Order Approving Settlement by Defendant Petros Charalampopoulos. (Calvert, Sam) Modified on 5/2/2022 to correct document title(KellieG MNBS).

Dated: 5/3/22

Tricia Pepin
Clerk, United States Bankruptcy Court

By: Alicia
Deputy Clerk

**mnbntchrgAP** 03/03/2005 − lm